UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY M. SEMICK, | No. 2:15-cv-2462-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a ninety-day extension of time to file his amended complaint pursuant to the court's August 18, 2016 order.

Plaintiff's request (ECF No. 13) is granted and plaintiff has 90 days from the date this order is served to file his amended complaint. The court notes, however, that filing an amended complaint should not require extensive research. An amended complaint should not include legal citations and need not contain unnecessarily detailed factual allegations. Absent good cause, the court is not inclined to grant further extensions of time.

So ordered.

Dated: September 15, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE